UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVE BROWNE,

                Plaintiff,

-v-

UNION MUTUAL FIRE INSURANCE COMPANY,

                Defendant.

22-CV-10688 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on December 19, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than January 31, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by January 19, 2023.

    SO ORDERED.

Dated: December 22, 2022
         New York, New York

_____
J. PAUL OETKEN
United States District Judge