UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVE BROWNE,<br><br>        Plaintiff,<br><br>    -against-<br><br>UNION MUTUAL FIRE INSURANCE COMPANY,<br><br>        Defendant. | 22-cv-10688 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties have submitted a joint letter, Dkt. 18, responding to the Court's Notice of Reassignment, Dkt. 17. Though the parties addressed many of the issues from the Notice of Reassignment, which the Court appreciates, they missed some as well. The parties are hereby ORDERED to submit a joint letter by **August 25, 2023**, at 5:00 p.m. that (1) designates an individual to serve as lead trial counsel for each side; (2) briefly describes the status of prior settlement discussions, without disclosing exact offers and demands; (3) states whether the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a settlement conference before a Magistrate Judge, (b) participation in the District's Mediation Program, and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (e.g., within the next 60 days, after the deposition of plaintiff is completed, after the close of fact discovery, etc.) the use of such a mechanism would be appropriate; and (4) estimates the length of trial.

The parties have also requested a deadline for summary judgment motions. Summary judgment motions and supporting papers will be due **December 1, 2023**, at 5:00 p.m. Opposition papers will be due December 22, 2023, at 5:00 p.m. Reply papers will be due January 5, 2024, at 5:00 p.m. The parties shall adhere to this Court's Individual Practices concerning any summary judgment motion and with respect to any further issues or applications in this case.

SO ORDERED.

Dated: August 24, 2023
       New York, New York

ARUN SUBRAMANIAN
United States District Judge